**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| DAJOHN M. BARNES, | : | Case No. 1:26-cv-763 |
| Plaintiff, | : | |
| vs. | : | District Judge Susan J. Dlott<br>Magistrate Judge Kimberly A. Jolson |
| CORRECTIONAL INSTITUTION, *et al.,* | : | |
| Defendants. | : | |

## REPORT AND RECOMMENDATION

This matter is before the Undersigned on Plaintiff's Motion to consolidate cases. (Doc. 4). In his motion, Plaintiff requests to "merge" this case with Case No. 1:26-cv-511 *Barnes v. Whitley* as "they are allied with one another because it shows retaliation on lawsuit Case No. 1:26-cv-511." (*Id*. at 1).

To the extent Plaintiff requests consolidation of this case with Case No. 1:26-cv-511, the Undersigned **RECOMMENDS** Plaintiff's Motion (Doc. 4) be **DENIED**. Upon the face of the original and amended complaint in Case No. 1:26-cv-511 (*See* Case No. 1:26-cv-511, Docs. 1, 5) and this case's complaint (*See* Doc. 1-1), the cases involve different defendants, allege separate facts to support Plaintiff's claims for relief, and describe events on different days. What's more, Plaintiff fails to meet any of the requirements in Federal Rules of Civil Procedure 18, 19, and 20 regarding joinder of claims and joinder of parties (both compulsory and permissive). Therefore, the Undersigned **RECOMMENDS** that Plaintiff's request to consolidate his cases be **DENIED**.

**IT IS SO RECOMMENDED.**

Date: August 14, 2026

*/s/ Kimberly A. Jolson*
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE

**PROCEDURE ON OBJECTIONS:**

Pursuant to Fed. R. Civ. P. 72(b), **WITHIN 14 DAYS** after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations. This period may be extended further by the Court on timely motion for an extension. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendation is based in whole or in part upon matters occurring on the record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon, or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections **WITHIN 14 DAYS** after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019). *See also Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).