In the united States District Court
for The
Soorthen District of Ohio

Dajohn Barnes
VS.
'orrectional Insatution
So.C.F. medical Docter
John Doe, Medical Staff

Civil Case NO. 1:26-cv-0763

Judge Dlott
Magistrate Judge Jolson
Complaint.

8th amendment 1983
Crul an unusare Civial Complaint

1) Jurisdiction venue

This Civil action is arturized By 42 U.S.C. Section 1983 to redress the Deprivation of rights Secured By the Consitution By the united States. The Court has Jurisdiction under 28 U.S.C. Section 1331 an 1343 Quation A.3. Plantiff 8th amendment right Were Volatated By the defendent to Faliuer to give proper medical treatment an wanting Indiffrant to Serious medical needs. The Defendents name is not a valiable at this time Due to the refusel of Staff giving fourth his name.

Respectfully,
Submited

Dajohn Barnes
#765151 Po Box 45699
Lucasville, OH 45699

Statement of Claim
and
Relife

8th amendment, was violated the Deffendent failed to Seek propper adiqaite medical treatment. I was Playing Basket Ball and hert my Knee I wasnt able to walk and Showed the officer at my rec andShowed him my Knee it was Swallen and Red once I Showed the CO. John Doe he amiditly Said he would call for a Wheel Chair I was then Sent to medical.
once i went to medical The nurse asked what was wrong an Im not a medic So i exsplained my pain I felt a muscle or tisue pull and than the pain was a 7 and my leg was Swallen Bad. They never once looked at my knee to exsalme it. I was givin crutches and Ice pass for 7 days and ice for 3 days. Then told me once the 7 days wal up and the pain still lasted to fill a hsR form which i did Because the pain was increasin. I was then Seen By a Second nurse and She looked at my knee an Seen the Swallem and Issued a Ace wrap for 2 weeks and exstanded my cruches and Ice pass for 2weeks also she Said [redacted] If the pain an Swellen dosent Steped to fill out hsR and 2weeks i did Just that, it took a week to Be Seen even after i couldnt Sleep, pain increased By a point and a half witch was a 8.5 through 10 pain. the 3rd nurse Ms Hill Didnt give me no exstention for my passes an they exspierd. She refered me to the Docter even after i told her about the pain and Swellen thats Been going on for 3weeks, I waited 4 days or maybe 7 for the DOC, once i was called they did vitales, he did a Test i dont recall the name for it he put his palm on my leg n Said to push. my left knee Did good But he said i had a lil something wrong, Then my Bad knee i was Unable to push and
I fill that im Being mistreated Because of privous law Suites here at SOCF and that Im not geting proper medical care I have Sufferd Saviver paine for 6months now. once i went Back to See him

he Said that my Knee was ok I might have a lil tear But it wasnt Tore all the way and that made no Since Because a tear is a tear if its slite or not ~~[illegible]~~ and to allow me to go on with out exrays put me a risk for other trama. Once he Compaired Knees he Said my wright Knee was Swallen But it wasnt Massive. He told me that he would Renew my Ice, Acewrap, & Crutches for 4 weeks. I told him i needed Bed Rest Because its pain full to walk, lay down and if i turned my leg a Sertin way it was un Bearable pain he told me that i would prolly Just have to prop it up which Its in Possiable in The condition of ~~confinement~~ Confinement Im In witch is 1 man cell an 1 Rack & table the table is not close enough to the Bed to lay down an Reach So this method is Impossiable, also I was never once X-rayed to determined what was wrong with my Knee. also a maniscskis is Behind your Knee an is Known To get a Trar an be still able to walk i told him i think thats what happend Since i was having the symthemes of a maniscskis Tear. he Stated no it cant Be.

There for was Improper medical Treatment Because i Been going through this pain for a 3 month and Sum. with no ~~x~~ X-ray or propper Dianoses. There for I am asking for a Demand$ of $85,000 dollars for ~~Physical~~ [illegible] and Improper, medical, Treatment Because I have Sufferd pain physicaley that wasnt treated proper I am ~~still~~ not on Crutches and In pain there for im requesting a Jury trial. Because ive sufferd a Pemanit limp and that my Crutches and ace wrap was taken even after i exsplaned i was still In Paine nurse hill told me That She will not renew them and that i should Just walk it off which contradict with the Doctor

# AFFIDAVIT OF Indigent

STATE OF OHIO )
) SS:
COUNTY OF Scioto )

I, the affiant herein, do hereby depose and state, after being duly sworn and cautioned as required by law, that the following statements are true and correct to the best of my knowledge and beliefs:

1. I am the Plaintiff in Suite v. ~~[illegible]~~er air mark, case no. ______.
2. I filed a ~~Jurisdiction Waiver~~ ~~Emergency Injunction~~ on ~~May~~ July 29 th, 2026.
1983 Civil Suite/440 other civil rights

Sworn and subscribed in my presence this 26th day of May, 2026.

Notary Public

My commission expires 6-1-2030

AMY J BOGGS
Notary Public, State of Ohio
My Commission Expires:
June 01, 2030

The United States District
Court for Southern Dist

Dajohn Barnes
VS
Correctional Insatution
SOCF medical nurse staff
ms. Hill

Civil Case NO ______

Judge ______

Complaint
1983 Civil
8th amendment Cruial an unusale

Jurispiction Venue

This Civil action IS arthurized By 42 U.S.C Section 1983 to redress the Deprivation of rights Secured By the consitution By the United States. The Court has Jurisdiction under 28 U.S.C Section 1331 an 1343 Quation A.3. plaintiff 8th amendments rights were violated By the defendant to Faliuer to give proper medical treatment an wanting indiffrant to Serious medical needs. the Defendent(ents) named In Complaint medical nurse ms. Hill

Respectfully
Submited Dajohn Barnes
765151 po Box 45699
Lucasville, OH 45699

Refile

On 7-7-26 around 2.30 I was Sent to the infarmay
for a 3 month old enjury to my knee I have Sufferd
Savier Pain an Swelling for 4 months now I followed
all the persigers they requested once all my methods they
ask me to do Still didnt relive any paine. I Feel my
leg for Several Months, used Crutches as ordered took the
Ibpriefin I was Issued as orderd. The Doctor told me
to Stay of the leg whitch condradict what nurse hill told
me Because she stated to use it more. On 7-7-26
once i was Seen after my last 4 week Visit i told

her that the Pain never Stoped an its wors an
Still Swollen She then Became aggervatted an Said its
Been 4 Months how are U Still in pain i exsplaned that
there was Something really wrong with my knee an that
I requested for a xray every time i was called to
medical every time i was denied. Because they State U
Just need time to heal witch is improper medical treat
ment Because they cant determine whats wrong with out
the exray. even after i told ms Hill I was Still in pain
she took my ace wrap off my Knee and then exsamed it
an Said well Just use your leg more and She took the ace
wrap an Said She will not renure it and my Crutches.
She is in violation Because knowing I was Still injured She took
my ace wrap and crutches that the Doctor Issued me an she
Told me to walk on it more witch ~~what~~ goes aginst the Doctors
orders which Shows improper medical treatment Because im in
risk of possiably permintly damaging my Knee. I'm Being treated unfair
Because of Low Suites I have on to other CO's at SOCF.

I would like the court to send this
to Jury trial or reward me the sum of
$63,500 ~~thousand~~ dollars for the physicale harm
I have suffed an the neglect of medicas treatments
whitch caused me Savior pain with out proper
Treatment of the Doctor, and nurse Mis hill.
55,000 from the Doctors neglect and
for puting me in a mentale Distress due to my
limp I have Formed over The months and
8,500 from nurse hill for neglect of proper
medical treatment an for ~~for~~ crule an unsuale
acts from her taking my ace wrap and crutches
knowing Im still injured for a total of $65,500
Dollars

Signed this 7th day of July 2026

I declare under penalty of perjury that the forgoing is
true and correct.

7.7.26
Date

[signature]
Signe Plaintiff