IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DaJohn M. Barnes, | : | Case No. 1:26-cv-763 |
| Plaintiff, | : | Judge Susan J. Dlott |
| v. | : | |
| Correctional Institution, *et al.*, | : | Order Adopting Report and Recommendation and Denying Motion to Consolidate Cases |
| Defendants. | : | |

Pending before the Court is the Report and Recommendation issued by Magistrate Judge Kimberly A. Jolson on August 14, 2026. (Doc. 7.) Magistrate Judge Jolson recommends that the Court deny Plaintiff DaJohn M. Barnes's Motion to consolidate this case with *Barnes v. C.O. Whitley*, No. 1:26-cv-511. (Doc. 4.) Barnes did not file objections to the Report and Recommendation. The Court finds no clear error in the Magistrate Judge's recommendation that consolidation should be denied. Barnes's separate lawsuits involve different defendants and different underlying facts.

Accordingly, the Report and Recommendation (Doc. 7) is **ADOPTED** and Barnes's Motion (Doc. 4) is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

Susan J. Dlott

Susan J. Dlott
United States District Judge